UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MARIE WINFIELD,                              *
                                             *
                    Plaintiff,               *
                                             *
        v.                                   *        Civil Action No. 10-10134-JLT
                                             *
JOSEPH J. FLORENT, et al.,                   *
                                             *
                    Defendants.              *
                                             *


ORDER

September 24, 2010

TAURO, J.

        After reviewing Parties' submissions, this court hereby orders that:

    1.      Defendants Michael Watson and Comfort Suites Hotel's Motion to Dismiss

            Pursuant to Fed.R.Civ.P. 12(b)(6) [#10] is ALLOWED.

    2.      Defendants Joseph J. Florent, Michael Shinners, and Jason Pearl's Motion to

            Dismiss [#12] is ALLOWED IN PART and DENIED IN PART.  The Motion to

            Dismiss is ALLOWED to the extent that it seeks to dismiss Counts I and III

            through VII.  The Motion to Dismiss is DENIED to the extent that it seeks to

            dismiss Count II.

    3.      Plaintiff's Motion for Ruling [#17] is DENIED AS MOOT.  To the extent that the

            Motion for Ruling requests a "No Harassment Order," that request is DENIED.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                         United States District Judge